# Court of Appeals
# of the State of Georgia

ATLANTA,___August 08, 2014___

*The Court of Appeals hereby passes the following order:*

## A14A1979. BERTIE DISTELHURST v. BILLY WINN et al.

Bertie Distelhurst sued Billy Winn, Orkin, LLC, and Redco II, LLC, alleging claims for theft by taking, false imprisonment, negligent infliction of emotional distress, vicarious liability, and negligent hiring, training and retention. Billy Winn filed a suggestion of bankruptcy, and Orkin was dismissed without prejudice. The trial court subsequently entered an order granting Redco II's motion to dismiss the case against it. Distelhurst seeks to appeal the order granting Redco II's motion to dismiss. We lack jurisdiction.

When multiple parties are involved, the trial court may direct entry of a final judgment as to one or more but fewer than all the parties "only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment." OCGA § 9-11-54 (b). In this case, it appears that claims remain pending against Winn. Even though the claims against Winn may have been stayed because of his bankruptcy filing, Winn remains a defendant.

Because the order Distelhurst seeks to appeal does not reference OCGA § 9-11-54 (b) or make an express determination that there is no just reason for delay, the order cannot be viewed as final. *Hadid v. Beals*, 233 Ga. App. 5, 6 (502 SE2d 798) (1998). To appeal, therefore, Distelhurst was required to follow the interlocutory review procedures in OCGA § 5-6-34 (b). His failure to do so deprives us of jurisdiction over this appeal. Redco II's motion to dismiss this appeal is hereby granted and the appeal is DISMISSED as premature.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/08/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*